**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 120 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 557 WDA |
| | : | 2019 entered on March 15, 2021, |
| JAMES HOWARD FOWLER, | : | **affirming** the PCRA Order of the |
| | : | McKean County Court of Common |
| Petitioner | : | Pleas at No. CP-42-CR-0000458- |
| | : | 2015 entered on August 17, 2018 |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of December, 2021, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of Commonwealth v. Bradley, 37 EAP 2020.